IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RASHAD C. LEE, AIS 213823, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-74-RAH-SMD |
| | ) | (WO) |
| REOSHA BUTLER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On February 16, 2023, the Magistrate Judge filed a Recommendation that this case be dismissed for lack of jurisdiction under the provisions of 28 U.S.C. § 2244(b)(3)(A). (Doc. 6.) No objections to the Recommendation have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) the Magistrate Judge's Recommendation (Doc. 6) is ADOPTED; and

(2) this case is DISMISSED for lack of jurisdiction, in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because Petitioner has not obtained the required permission from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider Petitioner's successive habeas application.

A final judgment will be entered separately.

DONE, on this the 28th day of March 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE